IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Alex K.,[1]

       Plaintiff,

       v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

       Defendant.

Civ. No. 6:17-cv-1661-MK

ORDER

MCSHANE, Judge:

       Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#20), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#20) is adopted. The Commissioner's decision is REVERSED and REMANDED for further administrative proceedings consistent with Judge Kasubhair's Findings and Recommendation.

IT IS SO ORDERED.

       DATED this 4th day of March, 2019.

                                           /s/ Michael J. McShane
                                                   Michael McShane
                                              United States District Judge

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 – ORDER